UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KB WELLBORE SOLUTIONS, LLC,   § | |
|     Plaintiff,   § | |
| v.   § | No. 3:16-CV-449-N (BF) |
| MARION H. SWEATT and ITHACA   § | |
| ENTERPRISES, INC.,   § | |
|     Defendants.   § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that KB Wellbore Solutions, LLC's Application for a Temporary Restraining Order [ECF No. 2] is **DENIED**.

**SO ORDERED** this 15th day of April, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE